LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID N. OSEGUEDA, ISHMAIL CALVIN ROSS, aka CALVIN ROSS, ZACHARY R. LOGAN, and JESSICA SNYDER, fka JESSICA GUTIERREZ,<br><br>　　　　Defendants. | Case No. 2:19-cv-04348-PSG-AGR<br><br>**PROOF OF SERVICE UPON DEFENDANT JESSICA SNYDER** |

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 2:19-CV-4348

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Osegueda, David N; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Jessica Snyder a/k/a Jessica Gutierrez, 2600 S Azusa Ave, Apt 407, West Covina, CA 91792**.

I, Anaquad Cobe, do hereby affirm that on the **21st day of May, 2019** at **4:20 pm**, I:

Served Summons & Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Standing Order Regarding Newly Assigned Cases; Notice to Parties of Court-Directed ADR Program to Miguel "Mike" Berio as co-resident/spouse of Jessica Snyder a/k/a Jessica Gutierrez at 2600 S Azusa Ave, Apt 407, West Covina, CA 91792, being of suitable age and discretion to accept service in the absence of Jessica Snyder a/k/a Jessica Gutierrez. Upon information and belief, 2600 S Azusa Ave, Apt 407, West Covina, CA 91792 is the usual place of abode of Jessica Snyder a/k/a Jessica Gutierrez.

**Additional Information pertaining to this Service:**
Service made pursuant to Fed. R. Civ. P. 4(e)(2)(B).

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Anaquad Cobe**
Marin County License #85

5-23-19

**Cavalier Courier & Process Service**
823-C South King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2019006163
Ref: LARO-58180

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g

